No. 1, Misc. McDonald v. Ohio. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se*. *John T. Corrigan* and *Gertrude Bauer Mahon* for respondent.

No. 3, Misc. Ruiz v. California. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Stanley Mosk,* Attorney General of California, and *Albert W. Harris, Jr.,* and *Robert R. Granucci,* Deputy Attorneys General, for respondent.

No. 4, Misc. Wilkins v. Banmiller, Warden. C. A. 3d Cir. Certiorari denied. Petitioner *pro se*. *Joseph M. Smith* and *James C. Crumlish, Jr.,* for respondent.

No. 8, Misc. Miller v. Oklahoma. Court of Criminal Appeals of Oklahoma. Certiorari denied. Petitioner *pro se*. *Charles Nesbitt,* Attorney General of Oklahoma, and *Hugh H. Collum,* Assistant Attorney General, for respondent.

No. 12, Misc. Beeler v. Texas. Court of Criminal Appeals of Texas. Certiorari denied. Petitioner *pro se*. *Waggoner Carr,* Attorney General of Texas, and *Gilbert J. Pena* and *Allo B. Crow, Jr.,* Assistant Attorneys General, for respondent.

No. 13, Misc. Drew v. Myers, Correctional Superintendent. C. A. 3d Cir. Certiorari denied. Petitioner *pro se*. *James C. Crumlish, Jr.,* for respondent.

No. 16, Misc. Jefferson v. McGee, Correction Administrator, et al. C. A. 9th Cir. Certiorari denied. Petitioner *pro se*. *Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondents.